# EXHIBIT 3

Brent Hatch (5715)
Phillip J. Russell (10445)
Shaunda McNeill (14468)
Hatch, James & Dodge, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666
Email: bhatch@hjdlaw.com

Paul G. Cassell (6078)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
Telephone: (801) 585-5202[1]
Facsimile: (801) 585-2750
Email: cassellp@law.utah.edu

*Attorneys for Paul G. Cassell*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: SUBPOENA TO PAUL G. CASSELL<br><br>Underlying case:<br><br>VIRGINIA L. GIUFFRE, Plaintiff<br><br>v.<br><br>GHISLAINE MAXWELL, Defendant<br><br>No. 15-cv-07433-RWS (S.D.N.Y.) | **DECLARATION OF PAUL G. CASSELL IN SUPPORT OF MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**<br><br>Case No. |

I, Paul G. Cassell, declare as follows:

1. I am an attorney at law duly licensed in the State of Utah and admitted to practice in the U.S. District Court for the District of Utah. I respectfully submit this

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

declaration in support of the Motion to Quash Subpoena or, in the Alternative, for a Protective Order.

2.      I maintain my law office in Salt Lake City, Utah.

3.      I am a counsel of record for plaintiff Virginia L. Giuffre in the case Giuffre v. Maxwell, No. 15-cv-07433-RWS (S.D.N.Y.).  Other counsel of record include: Sigrid S. McCawley and Meredith Schulz of Boies, Schiller & Flexner, LLP (Ft. Lauderdale, Florida), and Bradley J. Edwards of Farmer, Jaffe Weissing, Edwards, Fistos & Lehrman (Ft. Lauderdale, Florida).

4.      I have received a subpoena to produce numerous documents in the *Giuffre v. Maxwell* case.  I am not a party to that case, but the attorney for the plaintiff, Ms. Giuffre.

5.      I was a party to a case styled *Edwards and Cassell v. Dershowitz*, 15-000072 (17th Judicial District, Broward County, Florida).  The production at issue in that case spanned several thousand pages of documents.  Production *from* defendant Dershowitz came in several different stages, and various productions involved assertions of privilege. Production *to* defendant Dershowitz of documents and receipt of documents in that case was handled by my attorney, Jack Scarola, Esq.  While I have many of the documents that were produced or received, I did not comprehensively maintain records of the exact documents produced or received, because Scarola handling that aspect of the case for me and had in a office in a large law firm that regularly handles voluminous documents in complex litigation (unlike my office).  *Id.*

6.      I am a counsel of record in the case of *Jane Doe 1 and Jane Doe 2 v. United States*, No. 9:08-cv-80736-MARRA (S.D. Fla.), along with co-counsel Bradley J. Edwards.

We filed the case in July of 2008 and have been handling the matter ever since on a pro bono basis.

7. Over the course of the nearly eight years of litigation in the case, the Government has produced correspondence between attorneys for Jeffrey Epstein and itself (i.e., the U.S. Attorney's Office for the Southern District of Florida and other components of the Justice Department). That correspondence has been produced in multiple steps and amounts to hundreds of pages (if not thousands of pages) of material.

8. Defendant Maxwell has sought any engagement letters between Cassell and Ms. Giuffre in the *Giuffre v. Maxwell* case, and production has been made.

9. Defendant Maxwell has sought production of Ms. Giuffre's joint defense agreement that pertains to the *Giuffre v. Maxwell* case. On May 31, 2016, a copy of the joint defense agreement was provided to Ms. Maxwell as Exhibit 5 in support of Ms. Giuffre's Response in Opposition to Defendant's Motion to Compel Non-Privileged Documents.

10. With regard to any work that I have done on behalf of a Florida corporation, Victims Refuse Silence, Inc. (VRS), that would have been work as an attorney for my client Ms. Giuffre and would, accordingly, be protected by the attorney-client privilege.

11. My client, Ms. Giuffre, is a "person associated with Victims Refuse Silence, Inc."

12. I have been working on the CVRA case since July 2008. That case clearly "relates" to Jeffrey Epstein, since the main issue in the case is whether it is possible for crime victims to invalidate a non-prosecution agreement entered into by him and the Government without prior notice to Epstein's victims.

13.     Sometime in the approximately the last twelve months, the IT staff at my office calculated, based on their general review of the size of my office email folders, that in 2014 I received approximately 25,000 emails and sent approximately 10,000 emails. Generally speaking, my email traffic has been about the same size between July 2008 and today. Accordingly, during that nearly eight year period of time, I estimate that I have received approximately 200,000 emails and sent approximately 80,000 emails.

14.     It would be significantly burdensome for me to have to review all of my emails to try and identify if I have had any "communications" with (for example) "journalists" that "related to" Virginia Giuffre, Ghislaine Maxwell, or Jeffrey Epstein. It is not possible, on quick examination, to determine who is a journalist and who is not a journalist. Moreover, because the CVRA case has continued for nearly eight years, more than 200,000 emails would have to be reviewed in multiple files for the relevant time period. I would then have to determine which of the emails were covered by, for example, work-product protection. A substantial burden would be involved in attempting to respond to the broad request for the subpoena.

DATED this 13th day of June, 2016.

HATCH, JAMES & DODGE

By:  /s/ Paul G. Cassell

*Attorneys for non-party respondent Paul G. Cassell*

4

## CERTIFICATE OF SERVICE

I certify that on June 13, 2016, I electrically served the foregoing pleading via e-mail on:

Laura A. Menninger
Jeffrey S. Pagliuca
Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: (303) 831-7364
Fax: (303) 832-2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*