Brent Hatch (5715)                          Paul G. Cassell (6078)
Phillip J. Russell (10445)                  S.J. Quinney College of Law[1]
Shaunda McNeill (14468)                     University of Utah
Hatch, James & Dodge, P.C.                  383 University St.
10 West Broadway, Suite 400                 Salt Lake City, UT 84112
Salt Lake City, Utah 84101                  Telephone: (801) 585-5202
Telephone: (801) 363-6363                   Facsimile: (801) 585-2750
Facsimile: (801) 363-6666                   Email: cassellp@law.utah.edu
Email: bhatch@hjdlaw.com

*Attorneys for Paul G. Cassell*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: SUBPOENA TO PAUL G. CASSELL<br><br>Underlying case:<br><br>VIRGINIA L. GIUFFRE, Plaintiff<br><br>v.<br><br>GHISLAINE MAXWELL, Defendant<br><br>No. 15-cv-07433-RWS (S.D.N.Y.) | **REPLY DECLARATION OF BRENT HATCH IN SUPPORT OF MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**<br><br>Case No. 2:16-mc-00602-DB-EJF |

I, Brent Hatch, declare as follows:

1.      I am an attorney at law duly licensed in the State of Utah and admitted to practice in the U.S. District Court for the District of Utah. I respectfully submit this reply

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

declaration in support of the Motion to Quash Subpoena or, in the Alternative, for a Protective Order.

2.      Attached as Exhibit 1 is a true and correct copy of the Victims' Response to Alan Dershowitz's Motion to Interview in the Southern District of Florida in the case of *Jane Does v. United States*. It is filed under seal.

3.      Attached as Exhibit 2 is a true and correct copy of Edwards and Cassell's Notice of Withdrawal of Summary Judgment Motion.

4.      Attached as Exhibit 3 is a true and correct copy of Motion to Exceed Presumptive Ten Deposition Limit filed in the Southern District of New York in the case of *Giuffre v. Maxwell*. It is filed under seal.

5.      Attached as Exhibit 4 is a composite exhibit, which are true and correct copies of pages from the Deposition of Ghislaine Maxwell in the underlying case here. It is filed under seal.

6.      Attached as Exhibit 5 is a composite exhibit, which are true and correct copies of pages from the Deposition of Rinaldo Rizzo in the underlying case here. It is filed under seal.

7.      Attached as Exhibit 6 is a true and correct copy of Judge Sweet's opinion in this case on June 20, 2016. It is filed under seal.

8.      Attached as Exhibit 7 is a true and correct copy of a transcript of a hearing before Judge Sweet in the underlying case on June 23, 2016.

2

9.      Attached as Exhibit 8 is a true and correct copy an affidavit filed on January 30, 2015, by FBI Agent Slater in the Southern District of Florida in the case of *Jane Does v. United States.*

DATED this 27th day of June, 2016.

HATCH, JAMES & DODGE, PC


By: _____
Brent Hatch

## CERTIFICATE OF SERVICE

I certify that on June 27, 2016, I electronically served the foregoing pleading via e-mail on:

Laura A. Menninger
Jeffrey S. Pagliuca
Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: (303) 831-7364
Fax: (303) 832-2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

/s/ Brent Hatch
Brent Hatch
Hatch, James & Dodge, P.C.